## NORTHWESTERN PACIFIC RAILROAD CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA.

No. 676. Decided January 17, 1966.

*Thormund A. Miller, Jeremiah C. Waterman* and *Randolph Karr* for appellant.

*Mary Moran Pajalich* and *Hector Anninos* for appellee.

*Boris H. Lakusta* for the City of San Rafael et al.

PER CURIAM.

The motion of the City of San Rafael, California, et al. for leave to be named parties appellee is denied. The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## SCHILDHAUS *v.* ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK.

No. 732. Decided January 17, 1966.

*Arnold Schildhaus,* appellant, *pro se.*

*John G. Bonomi* and *Michael Franck* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.